December 14, 1972.

M. P. No. 1927. RICHARD A. ASHNESS *v.* EUGENE P. PETIT, JR., *Registrar of Motor Vehicles.* Petition for writ of certiorari

denied. *Aram K. Berberian,* for petitioner. *Richard J. Israel,* Attorney General, *W. Slater Allen, Jr.,* Asst. Attorney General, for respondent.